IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTIAN McLENDON,

Petitioner,

vs.                                           Case No.  15-cv-586-DRH

JUDGE WILLIAM SCHWARTZ,

Respondent.

## JUDGMENT

This action came before the Court, District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed **without prejudice**. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.06.19 14:57:50 -05'00'

APPROVED:

United States District Judge